UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND RESOURCE RECOVERY CORPORATION, Plaintiff

vs.

COX COMMUNICATIONS, INC., Defendant

C.A. No.: 03-585/L

**RHODE ISLAND RESOURCE RECOVERY CORPORATION'S MOTION TO EXTEND PRE-TRIAL ORDER**

NOW COMES plaintiff Rhode Island Resource Recovery Corporation ("Resource Recovery"), by and through counsel, and hereby moves this Court for an order extending the December 6, 2004 Pre-Trial Order in the instant action for forty-five (45) days, or up to, and including, October 24, 2005, or such other date as the Court may order.

In support of its request, Resource Recovery respectively represents, and states, that over the past ninety (90) days, or so, the parties have continued to move closer to an amicable resolution of the instant dispute. In fact, defendant Cox Communications, Inc. ("Cox") recently submitted a counter-proposal/demand for settlement of this matter to Resource Recovery for its review and consideration. This counter-proposal/demand advances the terms and conditions upon which Cox would be agreeable to bringing this matter to a conclusion without the necessity of court intervention. However, Resource Recovery's Board of Commissioners is not scheduled to meet in its ordinary course again until October 15, 2005, and, thus, may not consider this counter-proposal/demand until that time. Even more, it is expected that at this Board of Commissioners' meeting that, to the extent that Resource Recovery is not in agreement with

certain of the terms and conditions set forth Cox's counter-proposal/demand, Resource Recovery will advance its own final terms and/or conditions that are agreeable to Resource Recovery for Cox's consideration. Therefore, at or about that time, the parties will know whether this case may be resolved, and disposed of, or require a trial on the merits. Notwithstanding, as a result of Resource Recovery's internal governance structure and logistics related to final approval of the parties' respective proposals to fully conclude the instant matter, a resolution of this case presently is impracticable.

In addition, Resource Recovery states that neither party would be prejudiced by the brief extension requested herein, and, further, that the parties could only benefit from the same insofar as it would save the parties expenditure of additional time, effort and resources with respect to matter which may otherwise be amicably resolved.

WHEREFORE, for the foregoing reasons, Resource Recovery respectfully prays that this Court enter an order extending the December 6, 2004 Pre-Trial Order for forty-five (45) days, or up to, and including, October 24, 2005, or such other date as this Court may deem appropriate.

Respectfully submitted,

Rhode Island Resource Recovery Corporation

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Dated: September 9, 2004

Certification

I hereby certify that a true and accurate copy of the within was served via facsimile **and** via first-class, postage prepaid mail upon the following on this 9th day of September, 2005:

Paul Sanford, Esq.
John R. Gowell, Jr. Esq.
**Burns & Levinson**
One Citizen Plaza, 11th Floor
Providence, RI 02903