UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND RESOURCE RECOVERY CORPORATION, Plaintiff | : | |
| vs. | : | C.A. No.: 03-585/L |
| COX COMMUNICATIONS, INC., Defendant | : | |

**RHODE ISLAND RESOURCE RECOVERY CORPORATION'S MOTION TO EXTEND PRE-TRIAL ORDER**

NOW COMES plaintiff Rhode Island Resource Recovery Corporation ("Resource Recovery"), by and through counsel, and hereby moves this Court for an order extending the December 6, 2004 Pre-Trial Order in the instant action for forty-five (45) days, or up to, and including, October 24, 2005, or such other date as the Court may order.

In support of its request, Resource Recovery respectively represents, and states, that over the past ninety (90) days, or so, the parties have continued to move closer to an amicable resolution of the instant dispute. In fact, defendant Cox Communications, Inc. ("Cox") recently submitted a counter-proposal/demand for settlement of this matter to Resource Recovery for its review and consideration. This counter-proposal/demand advances the terms and conditions upon which Cox would be agreeable to bringing this matter to a conclusion without the necessity of court intervention. However, Resource Recovery's Board of Commissioners is not scheduled to meet in its ordinary course again until October 15, 2005, and, thus, may not consider this counter-proposal/demand until that time. Even more, it is expected that at this Board of Commissioners' meeting that, to the extent that Resource Recovery is not in agreement with

Ronald R. Lagueux
S.U.S.D.J. 9/13/05

Granted: Pre-Trial memos due Oct. 31, 2005 — no further extensions will be granted. If not settled this case will be on the trial calendar called Nov 1, 2005