UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND RESOURCE RECOVERY CORPORATION, Plaintiff | : | |
| v. | : | C.A No. 03-585L |
| COX COMMUNICATIONS, INC., Defendant | : | |

**DISMISSAL STIPULATION**

The parties, by their counsel, hereby stipulate and agree that the within action is hereby dismissed with prejudice, no interest and no costs, pursuant to a settlement agreement.

Rhode Island Resource Recovery Corporation
By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
Ferrucci Russo PC
55 Pine Street, 4th Floor
Providence, RI 02903

Cox Communications, Inc.
By its Attorneys,

Paul M. Sanford (#2997)
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel.: (401) 831-8330
Fax: (401) 831-8359

Dated: 10/24/05

Recommended approval

Magistrate Judge Jacob Hagopian
24 oct 05

J:\Docs\24852\00002\00965316.DOC

Enter: Ronald R. Lagueux
Sr. USDJ 10/26/05